### ELLER *v.* THE STATE.

CANDLER, Justice. Jewel Eller and Charley Garrett were jointly indicted, tried, and convicted of the offense of murder. Each brought a bill of exceptions to this court assigning error on a judgment overruling his motion for new trial. The grounds of each motion for new trial are identical, and this case is controlled by the rulings in *Garrett* v. *State,* ante. *Judgment affirmed. All the Justices concur.*

No. 16149. APRIL 14, 1948. REHEARING DENIED MAY 14, JUNE 16, 1948.

*Haralson & Carr* and *Joseph G. Collins,* for plaintiff in error.

*Eugene Cook, Attorney-General, John E. Frankum, Solicitor-General, Edward E. Dorsey, Assistant Attorney-General, Jeff C. Wayne, G. W. Franks,* and *Mary B. Rogers,* contra.